IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WAYNE RUPE, on behalf of himself and others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CITGO PETROLEUM CORPORATION, Et al.<br><br>Defendants. | Case No.  4:19-cv-00163-RGE-RAW |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff and Defendants, by and through counsel, and, pursuant to Rule 41(a)(1)(A)(ii), file this Stipulation of Dismissal Without Prejudice of Defendants. Plaintiffs' class claims are being consolidated in the United States District Court for the Western District of Missouri as part of a multi-state class settlement and for class settlement approval. In the event that final approval is not granted to that settlement, the Parties agree that the case will be refiled with a request that the Parties return to their respective positions as of this date.

Date: January 16, 2020               Respectfully submitted,


**LUNDBERG LAW FIRM, P.L.C.**

BY:  _____/s/ Paul D. Lundberg_____
  Paul D. Lundberg, IA Bar #W00003339
  600 Fourth St., Suite 906
  Sioux City, Iowa  51101
  Tel: 712-234-3030
  paul@lundberglawfirm.com

1

HORN AYLWARD & BANDY, LLC

BY: */s/ Thomas V. Bender*
  Thomas V. Bender, KS Bar #22860
  Dirk Hubbard, KS Bar #15130
  2600 Grand, Ste. 1100
  Kansas City, MO 64108
  (816) 421-0700
  (816) 421-0899 (Fax)
  tbender@hab-law.com
  dhubbard@hab-law.com

WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C
BY: */s/ William Carr*
  William Carr. KS Bar #16301
  Bryan T. White KS Bar #23255
  19049 East Valley View Parkway
  Independence, Missouri 64055
  (816) 373-9080 Fax: (816) 373-9319
  bcarr@wagblaw.com
  bwhite@wagblaw.com

**ATTORNEYS FOR PLAINTIFFS AND CLASS MEMBERS**

-and-

NYEMASTER GOODE, P.C.

BY: /s/ Angel West
Angel A. West, AT0008416
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3127
Facsimile: (515) 283-3108
Email: aaw@nyemaster.com

GREENSFELDER, , HEMKER, & GALE, P.C.

BY: /s/ Abby Risner
Abby L. Risner, MO # 57999 (pro hac vice pending)
alr@greensfelder.com
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 345-4785
Facsimile: (314) 345-5465

***Attorneys for Defendants CITGO Petroleum Corporation and Orscheln Farm & Home***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Southern District of Iowa, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 16th day of January, 2020.

/s/ Dirk Hubbard